# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), *et al.*, | : Case No. 13-12329 (CSS) |
| | : (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------

| | |
|---|---|
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee, | : |
| | : |
| Plaintiff, | : Adv. Pro. No. 15-51216 (CSS) |
| - against - | : |
| GLOBAL INTERFACE SOLUTIONS, INC. D/B/A SECURE AGENT SOFTWARE, | : |
| | : |
| | : |
| Defendant. | : |

-----------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff, Alan D. Halperin, as trustee (the "Trustee") of the FBI Wind Down, Inc. Liquidating Trust (the "Trust") in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss, with prejudice, the above-captioned Adversary Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

and Fed. R. Civ. P. 41(a)(1)(i).  No answer has been filed by the Defendant.  This adversary

proceeding is hereby closed.

Dated: December 23, 2015
Wilmington, Delaware

**BLANK ROME LLP**

_/s/ Victoria A. Guilfoyle_
Michael B. Schaedle, Esq.
Victoria A. Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400

-and-

**HAHN & HESSEN LLP**
Edward L. Schnitzer, Esq.
Christopher J. Hunker, Esq.
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400

_Co-Counsel for the Liquidating Trustee_